GARIN LAW GROUP
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
9900 Covington Cross Drive, Suite 210
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jgarin@garinlawgroup.com

*Attorneys for Defendant*
*Nevada Heart & Vascular Center, LLP*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAURANA SMITH, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>   vs.<br><br>NEVADA HEART & VASCULAR CENTER, LLP, et al.<br><br>              Defendants. | Case No: 2:25-cv-1123-GMN-BNW<br><br>**STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT (FIRST REQUEST)** |

Pursuant to LR IA 6-1 AND 6-2, Plaintiff, Laurana Smith ("Plaintiff") and Defendant, Nevada Heart & Vascular Center, LLP ("NHVC") (altogether, the "Parties"), hereby stipulate and agree to extend NHVC's response date to Plaintiff's Class Action Complaint up to and including September 3, 2025. The Parties further state:

WHEREAS, Plaintiff commenced this action by filing a Class Action Complaint on June 23, 2025 in the United States District Court for the District of Nevada against NHVC [Doc. 1]. On July 14, 2025, a representative of NHVC was personally served with the Complaint [Doc. 18]. Accordingly, NHVC's current response date is August 4, 2025, pursuant to Federal Rule of Civil Procedure 81(c)(2)(C).

WHEREAS, this is the first stipulation for extension of NHVC's time to file a response to Plaintiff's Class Action Complaint;

WHEREAS This matter is one of four (4) currently known related putative class

GARIN LAW GROUP
9900 Covington Cross Drive, Suite 210, Las Vegas, Nevada 89144
Telephone: (702) 382-1500   Facsimile: (702) 382-1512

1  actions recently filed in this Court against NHVC, all arising out of a data incident

2  suffered by Defendant Effortless Office Enterprises, LLC. Those actions are (1) Laurana

3  Smith v. Effortless Office Enterprises, LLC, et al. (2:25-cv-01123); (2) Gia Nguyen v.

4  Effortless Office Enterprises, LLC, et al. (2:25-cv-01134); (3) Rick Obringer v. Effortless

5  Office Enterprises, LLC, et al. (2:25-cv-01142); and (4) Lori Wallis v. Effortless Office

6  Enterprises, LLC, et al. (2:25-cv-01149).[1]

7      WHEREAS, Counsel for NHVC has conferred with counsel for Plaintiff and

8  understands that Plaintiffs for these matters intend to seek consolidation. Accordingly,

9  the Parties request this Stipulated Extension to allow time for the Plaintiffs in these

10  related actions to seek consolidation and file a consolidated class action complaint to

11  which NHVC may then respond.

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27

28

[1] There are two additional related matters filed solely against Effortless Office Enterprises, LLC: Waudby v. Effortless Office Enterprises, LLC (2:25-cv-1135) and Russo v. Effortless Office Enterprises, LLC (2:25-cv-1145).

GARIN LAW GROUP
9900 Covington Cross Drive, Suite 210, Las Vegas, Nevada 89144
Telephone: (702) 382-1500   Facsimile: (702) 382-1512

1          NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, that:

2          1.    Defendant NHVC's deadline to file a response to Plaintiff's Class Action

3  Complaint shall be extended up to and including September 3, 2025.

4          IT IS SO STIPULATED.

5          DATED this 29th day of July, 2025.

| STRANCH, JENNINGS & GARVEY PLLC | GARIN LAW GROUP |
|---|---|
| /s/ Nathan R. Ring | *[signature]* |
| NATHAN R. RING, ESQ. | JOSEPH P. GARIN, ESQ. |
| Nevada Bar No. 12078 | Nevada Bar No. 6653 |
| 3100 W. Charleston Blvd., Ste. 208 | 9900 Covington Cross Drive, Suite 210 |
| Las Vegas, NV 89102 | Las Vegas, NV 89144 |
| nring@stranchlaw.com | Phone: (702) 382-1500 |
|  | Fax: (702) 382-1512 |
| MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC | jgarin@garinlawgroup.com |
| Mariya Weekes, Esq. | MULLEN COUGHLIN, LLC |
| 201 Sevilla Ave., 2nd Floor | Paulyne Gardner, Esq.* |
| Coral Gables, FL 33134 | Bianca A. Valcarce, Esq.* |
| mweekes@milberg.com | 426 W. Lancaster Ave.,Ste. 200 |
|  | Devon, PA 19333 |
| *Attorneys for Plaintiff Laurana Smith* | *pro hac vice forthcoming* |
|  | *Attorneys for Defendant* |
|  | *Nevada Heart & Vascular Center, LLP* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 7/31/2025

GARIN LAW GROUP
9900 Covington Cross Drive, Suite 210, Las Vegas, Nevada 89144
Telephone: (702) 382-1500    Facsimile: (702) 382-1512

1

## **CERTIFICATE OF SERVICE**

2

I HEREBY CERTIFY that on the 29th day of July, 2025, service of the foregoing

3

**STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT**

4

**(FIRST REQUEST)** was made upon each party in the case who is registered as an

5

6

electronic case filing user pursuant to Fed. Rule Civ. P. 5(b)(3), and Local Rule 5-4, as

7

follows:

8

| Nathan R. Ring, Esq.<br>STRANCH JENNINGS & GARVEY PLLC<br>3100 W. Charleston Blvd., Ste. 208<br>Las Vegas, NV 89102<br>nring@stranchlaw.com<br><br>*Attorneys for Plaintiff* | Mariya Weekes, Esq.<br>MILBERG COLEMAN BRYSON<br>PHILLIPS GROSSMAN, PLLC<br>201 Sevilla Ave., 2nd Floor<br>Coral Gables, FL 33134<br>mweekes@milberg.com<br><br>*Attorneys for Plaintiff* |
|---|---|
| Shawn Anthony Mangano, Esq.<br>WILSON ELSER MOSKOWITZ EDELMAN<br>& DICKER LLP<br>6689 Las Vegas Blvd., Suite 200<br>Las Vegas, NV 89119<br>Shawn.mangano@wilsonelser.com<br><br>*Attorneys for Effortless Office Enterprises, LLC* | |

9

10

11

12

13

14

15

16

17

18

19

      */s/ Michele Stones*_____

20

      An Employee of GARIN LAW GROUP

21

22

23

24

25

26

27

28

GARIN LAW GROUP
9900 Covington Cross Drive, Suite 210, Las Vegas, Nevada 89144
Telephone: (702) 382-1500    Facsimile: (702) 382-1512