UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN RE EFFORTLESS OFFICE ENTERPRISES DATA BREACH LITIGATION<br><br>    Plaintiff(s),<br><br>vs.<br><br>(Consolidated for pretrial proceedings w/ Case Nos. 2:25-cv-01134, 01135, 01142, 01145, 01149)<br><br>    Defendant(s). | Case #2:25-cv-01123<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>FILING FEE IS $250.00 |

   __VALERIA GRANATA__, Petitioner, respectfully represents to the Court:
   (name of petitioner)

  1. That Petitioner is an attorney at law and a member of the law firm of

__Wilson Elser Moskowitz Edelman & Dicker, LLP__
(firm name)

with offices at __555 S. Flower Street, Ste. 2900__,
        (street address)

__Los Angeles__, __California__, __90071-2407__,
(city)      (state)      (zip code)

__(213) 330-8927__, __Valeria.Granata@wilsonelser.com__.
(area code + telephone number)  (Email address)

  2. That Petitioner has been retained personally or as a member of the law firm by

__Defendant Effortless Office Enterprises, LLC__ to provide legal representation in connection with
   [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since December 1, 2015 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See attached. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

State Bar of California, State Bar of New York

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF   California          )
                               )
COUNTY OF  Los Angeles         )

    Valeria Granata      , Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

  4   day of  November  , 2025 .

  Ryley Goulet - Th_____
Notary Public or Clerk of Court

RYLEY LOUIS GOULET
Notary Public - California
Los Angeles County
Commission # 2480881
My Comm. Expires Feb 1, 2028

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate   Shawn A. Mangano  ,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

      6689 S. Las Vegas Blvd., Ste. 200      ,
(street address)

   Las Vegas   ,    Nevada   ,   89119   ,
  (city)          (state)      (zip code)

  (702) 727-1246         , Shawn.Mangano@wilsonelser.com  .
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Shawn A. Mangano_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Effortless Office Enterprises, LLC, Defendant
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

6730                    Shawn.Mangano@wilsonelser.com
Bar number              Email address

APPROVED:

Dated this _7_ day of November, 2025 _____.

_____
Gloria M. Navarro, District Judge
United States District Court

5

Rev. 5/16

**STATE COURTS**

| Court | Bar No. | Admission Date | In Good Standing? |
|---|---|---|---|
| State of New York | 5463195 | 2016 | Yes |
| State of California | 305905 | 2015 | Yes |

**FEDERAL COURTS**

| Court | Admission Date | In Good Standing? |
|---|---|---|
| New York Appellate Division, Third Department | 10/19/2016 | Yes |
| U.S. Court of Appeals, Ninth Circuit | 11/20/2019 | Yes |
| U.S. District Court, Central District of California | 12/19/2015 | Yes |
| U.S. District Court, Eastern District of California | 06/10/2022 | Yes |
| U.S. District Court, Northern District of California | 09/01/2020 | Yes |
| U.S. District Court, Southern District of California | 09/02/2020 | Yes |

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

**ISSUE DATE:** 7/30/2025

**LICENSEE NAME:** Valeria Granata

**LICENSEE BAR NUMBER:** 305905

**LICENSEE STATUS:** Active

**ADMIT DATE:** 12/1/2015

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of Valeria Granata's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record

NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California
(See Sections 6006 and 6125, et seq., Business and Professions Code.)



## Appellate Division of the Supreme Court of the State of New York
### Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

### Valeria Granata

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **October 19, 2016**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on October 27, 2025.

*Robert D. Mayberger*

Clerk of the Court

CertID-00256951

*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*
*Admissions Office*
*P.O. Box 7350, Capitol Station*
*Albany, NY 12224-0350*

*Robert D. Mayberger*
*Clerk of the Court*

AD3AdmissionsOffice@nycourts.gov
http://www.nycourts.gov/ad3/admissions
(518) 471-4778

*Anthony A. Moore*
*Director of Attorney*
*Admissions*

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

*[signature: Robert D. Mayberger]*

Robert D. Mayberger
Clerk of the Court

Revised January 2022