Shawn A. Mangano, Esq.
Nevada Bar No. 6730
Jura C. Zibas, Esq.
(Admitted *Pro Hac Vice*)
Valeria Granta, Esq.
(Admitted *Pro Hac Vice*)
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: shawn.mangano@wilsonelser.com
        jura.zibas@wilsonelser.com
        valeria.granta@wilsonelser.com s
*Attorneys for Defendant Effortless Office Enterprises, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **IN RE EFFORTLESS OFFICE ENTERPRISES DATA BREACH LITIGATION** | **Master File No. 2:25-cv-01123**<br><br>**(Consolidated for Pretrial Proceedings with Case Nos. 2:25-cv-01134, 2:25-cv-01135, 2:25-cv-01142, 2:25-cv-01145, 2:25-cv-01149)**<br><br>**STIPULATION AND ORDER CORRECTING DEADLINE FOR FILING REPLY IN SUPPORT OF MOTION TO DISMISS FILED BY DEFENDANT EFFORTLESS OFFICE ENTERPRISES, LLC** |

Defendant Effortless Office Enterprises, LLC ("Effortless Office"), by and through its counsel, Shawn A. Mangano, Esq., Jura C. Zibas, Esq., and Valeria Granta, Esq., of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, hereby submits this Stipulation and Order Correcting Deadline for Filing Reply in Support of Motion to Dismiss (the "SAO") based on the following circumstances:

1. On November 25, 2025, Effortless filed its Motion to Dismiss Plaintiffs Laurana Faith Smith ("Smith"), Gia Nguyen ("Nguyen"), Richard Obringer ("Obringer"), Josephine Margaret Russo ("Russo"), and Jacob Joseph Carden ("Carden" and collectively

1

referred to herein with Smith, Nguyen, Obringer and Russo as "Plaintiffs") Consolidated Proposed Class Action Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (the "Motion to Dismiss"). (ECF No. 43).

2. On December 8, 2025, the Court entered an Order Lifting Stay (ECF No. 45), which set January 30, 2026 as the deadline for Effortless Office to file its reply in support of its Motion to Dismiss. (*Id.* at 2:10). This deadline provided Effortless Office with 14-days to file its reply in support of its Motion to Dismiss.

3. The Court previously had entered an Order on Plaintiff's Motion to Consolidate For Pretrial Proceedings and to Appoint Interim Class Counsel on August 18, 2025 (the "Consolidation Order"). (ECF No. 18). The Consolidation Order granted defendants 30 days in which to file a reply in support of any motions to dismiss filed. (*Id.* at 6:18-19).

4. Through oversight, counsel's submission that resulted in issuance of the Order Lifting Stay (ECF No. 45) failed to include the 30-day reply period previously ordered by the Court.

5. Through this SAO, counsel seeks to correct the reply brief filing deadline set forth in the Order Lifting Stay (ECF No. 45) to reflect that Effortless Office shall have 30 days to file its reply in support of its Motion to Dismiss (ECF No. 43), which shall now be due on February 16, 2026.

6. This SAO does not impact Nevada Heart & Vascular Center, LLP, which filed its reply in support of its motion to dismiss on January 30, 2026. (ECF No. 49).

DATED this 30th day of January, 2026.

| GARIN LAW GROUP | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
|---|---|
| By:  /s/*Joseph P. Garin*<br>Joseph P. Garin, Esq.<br>Nevada Bar No. 6653<br>9900 Covington Cross Dr., Suite 210<br>Las Vegas, Nevada 89144 | By:  */s/Shawn A. Mangano*<br>Shawn A. Mangano, Esq. (#6730)<br>Jura C. Zibas, Esq. (*pro hac vice*)<br>6689 Las Vegas Blvd. South, Suite 200<br>Las Vegas, Nevada 89119<br>*Attorneys for Defendant Effortless Office Enterprises, LLC* |

MULLEN COUGHLIN, LLC
Paulyne Gardner, Esq, (*pro hac vice*)
426 W. Lancaster Ave., Suite 200
Devon, PA 19333
*Attorneys for Defendant Nevada Heart & Vascular Center, LLP*

STRANCH, JENNINGS &
GARVEY PLLC

By: /s/Nathan R. Ring
     Nathan R. Ring, Esq.
     Nevada Bar No. 12078
     3100 W. Charleston Blvd., Suite 208
     Las Vegas, Nevada 89102

     STRANCH, JENNINGS &
     GARVEY PLLC
     J. Gerard Stranch, IV, Esq. (*pro hac vice)*
     Grayson Wells, Esq. (*pro hac vice*)
     The Freedom Center
     223 Rosa L. Parks Avenue, Suite 200
     Nashville, TN 37203

     MILBERG COLEMAN BRYSON
     PHILLIPS GROSSMAN, PLLC
     Mariya Weekes, Esq. (*pro hac vice*)
     333 SE 2d Avenue, Suite 2000
     Miami, FL 33131

     KOPELOWITZ OSTROW P.A.
     Jeff Ostrow*
     One West Las Olas Blvd., Suite 500
     Fort Lauderdale, FL 33301

     SIRI & GLIMSTAD LLP
     Tyler J. Bean*
     Neil P. Williams*
     745 Fifth Avenue, Suite 500
     New York, NY 10151

     TYCKO & ZAVAREEI, LLP
     Katherine M. Aizpuru*
     2000 Pennsylvania Avenue NW, Suite 1010
     Washington, D.C. 20006

3

STRAUSS BORRELLI, PLLC
Raina C. Borrelli*
Samuel J. Strauss*
One Magnificent Mile
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611


COHENMALAD, LLP
Lynn A. Toops (*pro hac vice*)
Amina A. Thomas (*pro hac vice*)
One Indiana Square, Suite 1400
Indianapolis, IN 46204

* *Pro hac vice application forthcoming*

*Attorneys for Plaintiffs and the Putative
Class*

**IT IS HEREBY ORDERED** that the Order Lifting Stay, (ECF No. 45), is hereby corrected to reflect that the deadline for Effortless Office to file its reply in support of its Motion to Dismiss, (ECF No. 43), is set for February 16, 2026.


**DATED** this __2__ day of February, 2026.


_____
Gloria M. Navarro, District Judge
United States District Court

4